# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

─────────────────────────────────────────────

JAKE T. DOMINA,

        Plaintiff,

v.                                                                                               Case No. 09-CV-756

MITCHELL J. PETERS,

        Defendant.

─────────────────────────────────────────────

## ORDER

On August 4, 2009, plaintiff filed a complaint against defendant stemming from a car accident that occurred in Seymour, Wisconsin. Defendant thereafter filed a motion requesting that the court transfer the case to the Green Bay Division of the Eastern District of Wisconsin. Defendant cites no statutory or case law in support of his motion to transfer. The entirety of defendant's argument is:

> Travel time from Seymour to the Federal Courthouse in Milwaukee is approximately two hours and seventeen minutes. Travel time from Seymour to the site of the Green Bay Division is only approximately twenty-eight minutes.
>
> The defendant has demanded a jury trial. Venue in Green Bay would significantly reduce the difficulty and expense of coordinating and presenting a defense involving witnesses to the accident, police and medical personnel.

(Mot. Change Venue at 1). Plaintiff's brief, however, sufficiently refutes defendant's arguments.

According to plaintiff, plaintiff is a resident of Chicago, Illinois, and is currently a student in Milwaukee. (Pl. Resp. Mot. Change Venue at 2). The medical providers

who provided the majority of plaintiff's treatment are in the Chicago area. (Id.) At least two of the witnesses to the accident reside in Milwaukee. (Id.). Law offices for defense counsel are in Milwaukee, and law offices for plaintiff's counsel are in Chicago. (Id. at 30).

Based on plaintiff's unrebutted allegations, coupled with defendant's failure to cite any specific reasons why Green Bay would be more convenient for the parties, the court cannot find at this time that Green Bay would be a more convenient venue.

Accordingly,

**IT IS ORDERED** that defendant's Motion to Change Venue to Green Bay Division (Docket #8) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 16th day of October, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge